In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00216-CV**
_____

**IN THE INTEREST OF S.N.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 18-07-09174-CV**

**MEMORANDUM OPINION**

Appellant Mother filed an unopposed motion to dismiss this appeal.[1] *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

---

[1] To protect the privacy of the parties, we use initials for the child and refer to certain other individuals by their relationship to the child. *See* Tex. Fam. Code Ann. § 109.002(d).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on October 30, 2024
Opinion Delivered October 31, 2024

Before Golemon, C.J., Johnson and Wright, JJ.